**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JULIO A. RODRIGUEZ, et al.,**

        **Plaintiffs,**

-vs-                                **Case No. 6:04-cv-1740-Orl-KRS**
                                     **(consolidated with**
                                     **Case No. 6:04-cv-1742-Orl-KRS and**
                                     **Case No. 6:04-cv-1741-Orl-KRS)**

**SUNSHINE CONSTRUCTION, INC.**
**and BRADLEY S. PETRENCSIK,**

        **Defendants.**

_____

**ORDER**

This cause came on for consideration after oral argument on the Parties' Joint Notice of Settlement, Motion for Approval of Settlement, and Motion to Dismiss the Case with Prejudice. Doc. No. 39.

This case was brought under the Fair Labor Standards Act (FLSA). 29 U.S.C. § 201, *et seq.* In *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-55 (11th Cir. 1982), the Eleventh Circuit explained that claims for back wages under the FLSA may only be settled or compromised when the Department of Labor supervises the payment of back wages, or when the district court enters a stipulated judgment "after scrutinizing the settlement for fairness." *Id*. at 1353.

On December 18, 2006, I held a hearing to consider the fairness of the settlement. Counsel stated that under the settlement agreements, Plaintiffs Julio A. Rodriguez, Francisco J. Ramos, and Wilfredo Rosa would receive the full amount of past due wages sought. Because the plaintiffs will receive all of the past due wages which were claimed to be due and owing, I conclude that the

settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Id.* at 1354.

I will enter the consent judgments proposed by the parties. After these judgments are filed, the Clerk of Court is directed to close the files in each of these consolidated cases.

**DONE** and **ORDERED** in Orlando, Florida on December 18, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties